.1617.   LAW *v.* THE STATE.

POWELL, J.   The evidence, though circumstantial, is legally sufficient to support the verdict.   *Judgment affirmed.*

Accusation of cruelty to animal, from city court of Waynesboro—Judge Johnston.   December 22, 1908.

Submitted January 26,—Decided February 9, 1909.

*Brinson & Davis,* for plaintiff in error.

*F. S. Burney, solicitor,* contra.

---

1618.   HANKINSON *v.* THE STATE.

HILL, C. J.   1. Assignments of error not insisted upon in the brief or in the argument will be treated as having been abandoned.

2. No material error appears, and the verdict is fully supported by the evidence.   *Judgment affirmed.*

Accusation of impersonating officer, from city court of Waynesboro—Judge Johnston.   December 19, 1908.

Submitted January 26,—Decided February 9, 1909.

*H. J. Fullbright, C. B. Garlick,* for plaintiff in error.

*F. S. Burney, solicitor,* contra.